UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. |
| Plaintiff, | : | |
| | : | JUDGE |
| v. | : | |
| | : | |
| KATRINA D. FAVRET | : | **INDICTMENT** |
| a/k/a "Bitchy" | : | 18 U.S.C. § 371 |
| a/k/a "Slicey's tail," and | : | 18 U.S.C. § 48(a)(2) |
| ROBERT M. CRAIG | : | 18 U.S.C. § 48(a)(3) |
| a/k/a "Rob C" | : | 18 U.S.C. § 2 |
| a/k/a "Marshall," | : | |
| Defendants. | | |

**THE GRAND JURY CHARGES**:

## INTRODUCTION

At all times relevant to this Indictment:

1. Defendant **KATRINA D. FAVRET a/k/a "Bitchy" a/k/a "Slicey's tail"** was a resident of Tennessee.

2. Defendant **ROBERT M. CRAIG a/k/a "Rob C" a/k/a "Marshall"** was a resident of North Carolina.

3. Ronald P. Bedra a/k/a "Demonswordsoulcrusher" was a resident of the Southern District of Ohio.

4. Co-conspirator 3 (CC3) was a resident of Pennsylvania.

5. Co-conspirator 4 (CC4) was a resident of Massachusetts.

## COUNT 1
### (Conspiracy to Create and Distribute Animal Crush Videos)

6.Paragraphs 1 through 5 of the Indictment are incorporated herein.

7.Beginning on an unknown date but no later than on or about July 26, 2021, and continuing through at least on or about March 20, 2022, in the Southern District of Ohio and elsewhere, the defendants, **KATRINA D. FAVRET a/k/a "Bitchy" a/k/a "Slicey's tail,"** and **ROBERT M. CRAIG a/k/a "Rob C" a/k/a "Marshall,"** did unlawfully and knowingly combine, conspire, confederate, and agree with each other and with other persons whose identities are known and unknown to the Grand Jury, to commit the following objects of the conspiracy:

### Objects of the Conspiracy

A. To knowingly create and cause the creation of animal crush videos outside of the United States, for distribution and transportation to the United States, in or using a means and facility of interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 48(a)(2) and (b); and

B. To knowingly sell, market, advertise, exchange, and distribute animal crush videos within the United States, in or using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 48(a)(3) and (b).

### Manner and Means

8.Among the manner and means employed by **KATRINA D. FAVRET a/k/a "Bitchy" a/k/a "Slicey's tail," ROBERT M. CRAIG a/k/a "Rob C" a/k/a "Marshall,"** and their co-conspirators to carry out the conspiracy were:

a. To participate in private, online chat groups on encrypted messaging platforms such as Telegram and Signal, the purposes of which were to view, discuss, promote,

2

advertise, exchange, market, purchase, sell, distribute, solicit, and fund animal crush videos depicting the torture, murder, sexually sadistic mutilation, and sexual abuse of animals, specifically baby and adult monkeys;

b. To use phone-based and/or online messaging programs to discuss, arrange, and cause the advertisement, distribution, exchange, financing, and creation of animal crush videos;

c. To use phone-based and/or online messaging programs and other electronic means to contact and solicit individuals living overseas ("videographers" or "VOs") willing to film themselves carrying out specified violent, obscene acts against monkeys in exchange for payment;

d. To use various electronic payment applications to pool money and/or pay videographers in exchange for subjecting monkeys to the specified acts of crushing, creating a video recording of those acts of crushing, and distributing the resultant video in interstate and foreign commerce; and

e. To use phone-based and/or online messaging programs and other electronic means to distribute the animal crush videos among the members of the conspiracy.

## Overt Acts

9. In furtherance of the conspiracy, and to effect and accomplish its objectives, defendants **KATRINA D. FAVRET a/k/a "Bitchy" a/k/a "Slicey's tail" (FAVRET),** and **ROBERT M. CRAIG a/k/a "Rob C" a/k/a "Marshall" (CRAIG),** Ronald Bedra (Bedra), and other co-conspirators committed one or more of the following overt acts in the Southern District of Ohio, and elsewhere:

**Overt Act 1.** On or about July 26, 2021, Bedra sent an email to **FAVRET** and other members of an online forum known as "Million Tears" dedicated to monkey torture videos, asking them to send him their usernames and stating "We don't die so easily" in response to the forum being shut down by the host.

**Overt Act 2.** In October 2021, **FAVRET** informed Bedra through an electronic message that she had established contact with a new videographer in Indonesia who was willing to create monkey torture videos in exchange for payment.

**Overt Act 3.** On or about October 16, 2021, **FAVRET** and Bedra discussed ideas for a new crush video via electronic messages. Bedra informed **FAVRET** that "burning hot screwdriver up the butt is my request," and added "[b]urning hot screwdriver deep into asshole. Spin monkey on it."

**Overt Act 4.** On or about October 16, 2021, **FAVRET** instructed Bedra via electronic message to send $20 to CC4 using a third-party payment program to help fund the screwdriver video. Thereafter, Bedra sent $20 electronically from the Southern District of Ohio.

**Overt Act 5.** On or about October 16, 2021, CC4 sent a payment of $40 from the United States to a videographer in Indonesia using a third-party payment program.

**Overt Act 6.** On or about October 16, 2021, **FAVRET** sent instructions electronically to the videographer asking him to create a video in which he inserted a heated screwdriver into the anus of a monkey.

**Overt Act 7.** On or about October 17, 2021, the videographer created and sent the video from Indonesia to **FAVRET** in the United States using a phone-based messaging program. The video showed a person heating a screwdriver on a burner and repeatedly touching the screwdriver to a baby monkey's anus.

4

**Overt Act 8.** On or about October 17, 2021, **FAVRET** distributed the resulting video to Bedra and others using a phone-based messaging program.

**Overt Act 9.** On or about October 17, 2021, **FAVRET** complained to Bedra that the video was "so lame," to which Bedra responded, "Live and learn."

**Overt Act 10.** On or about November 23, 2021, **CRAIG** posted a link to a video depicting a monkey having its genitals partially removed to the group "(videos) trillions of.. videos," which included Bedra, **FAVRET**, and others, after which the following messages were exchanged:

Co-conspirator 6 (CC6): Loool yeah! That cleared one out of my bucket list

CC6: Snip snip. Nothing to suck on now

CC3: Awesome! I thought for a sec they only cut the foreskin but looks like they got a bit of the head

CC3: That won't stop the rape from these nasty fiends.

CC3: it is nice they spent some time cutting through

CC3: should have made captain winky come out first

Co-conspirator 7 (CC7): Self-soothing has been cured in this one.

**Overt Act 11.** In February 2022, in the group "the trail of trillion tears," which included **CRAIG**, and others, **FAVRET**, Bedra, CC4, and others discussed obtaining a video in which a flame-heated screwdriver was actually inserted into a monkey's anus.

**Overt Act 12.** On or about February 16, 2022, **FAVRET** sent a message electronically overseas to a videographer and asked him to create a new video in which a screwdriver was heated and inserted into a monkey's anus.

5

**Overt Act 13.** On or about March 11, 2022, the videographer created a video of a heated screwdriver being pressed against and partially inserted into a monkey's anus and sent that video from Indonesia to **FAVRET** in the United States using a phone-based messaging program.

**Overt Act 14.** On or about March 20, 2022, **FAVRET** distributed the "screwdriver video" to other co-conspirators by posting it to the group "Video Connect," after which CC3, **FAVRET**, and **CRAIG** exchanged the following messages:

CC3: It was once but a dream!!

**FAVRET**: [CC3] honey that's not what you asked for. Thats the village idiot version. But I'm talking with someone about getting a good vo to do it. BTW, all these vos are going to think I'm a sick sick bitch with all these ass play video requests. You're welcome. Lol

**CRAIG**: Nothing wrong with a little ass play.

All in violation of 18 U.S.C. § 371.

## COUNT 2
### (Creation Of Animal Crush Video)

10. Paragraphs 1 through 5 of the Indictment are incorporated herein.

11. Between on or about between February 16, 2022, and March 20, 2022, within the Southern District of Ohio and elsewhere, defendant **KATRINA D. FAVRET a/k/a "Bitchy" a/k/a "Slicey's tail"** did knowingly create, cause the creation, and aid and abet the creation of an animal crush video, intending and having reason to know that the videos would be distributed in, and using a means and facility of, interstate and foreign commerce, and transported into the United States.

All in violation of 18 U.S.C. § 48(a)(2) and 18 U.S.C. § 2.

## COUNT 3
### (Distribution of Animal Crush Video)

12. Paragraphs 1 through 5 of the Indictment are incorporated herein.

13. On or about between March 11, 2022, and March 20, 2022, within the Southern District of Ohio and elsewhere, defendant **KATRINA D. FAVRET a/k/a "Bitchy" a/k/a "Slicey's tail"** did knowingly advertise, exchange, and distribute, cause to be advertised, exchanged, and distributed, and aided and abetted the advertisement, exchange, and distribution of one or more animal crush videos, intending and having reason to know that the videos would be distributed in, and using a means and facility of, interstate and foreign commerce.

All in violation of 18 U.S.C. § 48(a)(3) and 18 U.S.C. § 2.

A TRUE BILL:

*s/Foreperson*

GRAND JURY FOREPERSON

KELLY A. NORRIS
ACTING UNITED STATES ATTORNEY

ADAM R.F. GUSTAFSON
ACTING ASSISTANT
ATTORNEY GENERAL

ADAM C. CULLMAN (KY #93912)
Special Assistant United States Attorney &
Sr. Trial Attorney, Environmental Crimes Section

_[signature]_ w/ permission
_____
MARK ROMLEY (CA #240655)
Trial Attorney
Environmental Crimes Section

_[signature]_
_____
NICOLE PAKIZ (0096242)
Assistant United States Attorney